# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Terrance L. James-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00020-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| N.C. Dept. of Public Safety, et al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2020 Order.

May 26, 2020

Frank G. Johns, Clerk
United States District Court