# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19-cv-00020-MR

| | |
|---|---|
| TERRANCE L. JAMES-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH LASSITER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion for Pre-Trial Settlement Assistance." [Doc. 71].

In the instant motion, Pro Se Plaintiff Terrance L. James-Bey ("Plaintiff") "resubmits [his] request to participate in the 'WDNC Settlement Assistance Program'" … "[a]fter not receiving any communication from this Court in over nine (9) months." [Doc. 71]. The Court will deny Plaintiff's motion as moot. Plaintiff's action brought pursuant to 42 U.S.C. § 1983 was dismissed without prejudice on May 26, 2020 for Plaintiff's failure to prosecute. [Doc. 66]. Plaintiff apparently refused the mail containing the Court's Order dismissing Plaintiff's case and the Clerk's Judgment thereon. [See Doc. 68]. The Court has directed the Clerk to retransmit those documents to Plaintiff, along with a copy of the docket in this matter. These

were mailed to Plaintiff on January 22, 2021.  [See 1/22/2021 Docket Entry].

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion for Pre-trial Settlement Assistance" [Doc. 71] is **DENIED**.

**IT IS SO ORDERED**.

Signed: January 25, 2021

Martin Reidinger
Chief United States District Judge